IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jeremiah C. Sherwood,

Plaintiff(s),

v.

Michael W. Frerichs et al,

Defendant(s).

Case No. 20 C 7285
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☑ other: Count I is dismissed with prejudice. Count II is dismissed without prejudice (and without leave to amend) for want of jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge                  presiding, and the jury has rendered a verdict.
☐ tried by Judge                              without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso on a       motion to dismiss.

Date: 10/17/2021                    Thomas G. Bruton, Clerk of Court

                                    Lesley Fairley              , Deputy Clerk